## STATE OF CONNECTICUT *v.* MICHAEL JAMES

The defendant's petition for certification for appeal from the Appellate Court, 120 Conn. App. 382 (AC 29536), is denied.

*Auden Grogins*, special public defender, in support of the petition.

*Rocco A. Chiarenza*, special deputy assistant state's attorney, in opposition.

Decided June 9, 2010

## STATE OF CONNECTICUT *v.* TERRELL STATON

The defendant's petition for certification for appeal from the Appellate Court, 120 Conn. App. 497 (AC 29607), is denied.

*Glenn W. Falk*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided June 9, 2010